# EXHIBIT 1

Declaration of Ownership

## DECLARATION OF OWNERSHIP

Know all men by these presents that I, Dennis Rizer, do hereby take by purchase with the payment of my labor, as steward for my Creator, to be held as Sanctuary of His Ministry, nunc pro tunc to July 10, 1985 the following property:

Lot #30
Escondido Estates
Bastrop County, Texas

To be my private property in sole ownership which includes:

1} Possession
2} Right of possession
3} Right of property

## NOTICE

If trespass upon this Sanctuary should occur, trespasser shall be charged and tacitly agrees to pay $10,000,000 00 {ten million} per trespass

Sworn to under penalties of perjury.

Dennis Rizer

## JURAT

State of Texas }
} Sworn and Subscribed
Bastrop County }

SWORN AND SUBSCRIBED before me a Notary Public for the state of Texas on this the 25th day of May, The Year of Our Lord, Two Thousand Five

Notary Public



JANICE REDDING
MY COMMISSION EXPIRES
May 6, 2006

V1537-P436

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

Rose Pietsch

2005 MAY 25  12:42 PM 200508014
         KRISTAB $16.00
ROSE PIETSCH ,COUNTY CLERK
   BASTROP COUNTY, TEXAS

Dennis Kizer
213 Escondido Dr
Del Valle, Tex 78617